IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07cv153

| | |
|---|---|
| ROMULUS JEHU ENGLISH; BOBBY ENGLISH; and JOHN EDWARD ENGLISH, )<br><br>Plaintiffs, )<br><br>Vs. )<br><br>UNITED STATES OF AMERICA; MIKE JOHANNS, Secretary of Agriculture, *et alia*, )<br><br>Defendants. ) | ORDER |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to an Order entered by the court for the purpose of a status conference concerning the above entitled matter and it appearing to the court at the call of this matter that plaintiffs' counsel was present. Upon inquiry by the court, Marvin Sparrow, attorney for the plaintiffs explained his letter of April 25, 2007 and Mr. Sparrow's misreading of Rule 4(d) of the Federal Rules of Civil Procedure to the satisfaction of the court.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the court is satisfied as to the explanation provided by Mr. Sparrow and the court has directed Mr. Sparrow to attend and complete the ECF training program that has been established by the Clerk. Based upon the foregoing, it is **ORDERED** that the Order (#2) entered in this matter is hereby **DISMISSED.**

-1-

Signed: May 24, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge